IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| TOMMY EARL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| VS. | ) | No. 14-2492-JDT-dkv |
| | ) | |
| | ) | |
| DONALD WILLIE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER TO MODIFY THE DOCKET, REOPENING CASE
AND DIRECTING THAT PROCESS BE ISSUED AND SERVED
ON DEFENDANTS WILLIE AND WILLIAMS

On June 23, 2014, Plaintiff Tommy Earl Jones, Tennessee Department of Correction ("TDOC") prisoner number 464968, who is currently an inmate at the Northeast Correctional Complex ("NECX") in Mountain City, Tennessee,[1] filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 and Title II of the Americans With Disabilities Act ("ADA"), 42 U.S.C. §§ 12131 *et seq.* (ECF No. 1.) The Court dismissed the complaint *sua sponte* pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) but granted leave to amend. (ECF No. 8.) Plaintiff did not file an amendment, and the Court subsequently denied Plaintiff's motion to

---

[1] Plaintiff has not provided this Court with any change of address. However, he did notify the Sixth Circuit Court of Appeals on February 8, 2016, that he had been transferred to the NECX. The TDOC Felony Offender Information website confirms that location. *See* https://apps.tn.gov/foil-app/search.jsp. The Clerk is directed to MODIFY the docket to reflect that Plaintiff's address is the NECX. This order shall be mailed to him at that address.

reconsider and entered judgment. (ECF Nos. 11 & 12.) Plaintiff then filed a notice of appeal. (ECF No. 13.)

On appeal, the Sixth Circuit Court of Appeals affirmed in part but vacated the judgment only as to Plaintiff's Eighth Amendment claim that Defendants Donald Willie and Lynette Williams acted with deliberate indifference by intentionally failing to provide him with pain medication. *Jones v. Willie*, No. 15-5658 (6th Cir. Jan. 28, 2016). The Court of Appeals issued its mandate on February 22, 2016.

The Clerk is DIRECTED to reopen this case. It is ORDERED that the Clerk shall issue process for Defendants Donald Willie and Lynette Williams and deliver that process to the U.S. Marshal for service. Service shall be made on Defendants Willie and Williams pursuant to Federal Rule of Civil Procedure 4(e) and Tennessee Rules of Civil Procedure 4.04(1) and (10), either by mail or personally if mail service is not effective. All costs of service shall be advanced by the United States. The service on Defendants Willie and Williams shall include a copy of this order.

It is further ORDERED that Plaintiff shall serve a copy of every additional document he files in this cause on the attorneys for Defendants Willie and Williams or on any unrepresented Defendant. Plaintiff shall make a certificate of service on every document filed. Plaintiff shall familiarize himself with the Federal Rules of Civil Procedure and this Court's Local Rules.[2]

---

[2] A copy of the Local Rules may be obtained from the Clerk. The Local Rules are also available on the Court's website at www.tnwd.uscourts.gov/pdf/content/LocalRules.pdf.

Plaintiff shall promptly notify the Clerk of any change of address or extended absence. Failure to comply with these requirements, or any other order of the Court, may result in the dismissal of this case without further notice.

IT IS SO ORDERED.

 s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE