IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| TOMMY EARL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 14-2492-JDT-cgc |
| | ) | |
| DONALD WILLIE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER DENYING MOTION FOR PRETRIAL CONFERENCE AND
SCHEDULING MANAGMENT AND
DIRECTING PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION

The *pro se* prisoner Plaintiff, Tommy Earl Jones, filed this civil action on June 23, 2014. (ECF No. 1.) The Court dismissed the case *sua sponte* for failure to state claim but granted leave to amend. (ECF No. 8.) When Plaintiff did not file an amended complaint, the Court denied his motion to reconsider the original dismissal and entered judgment. (ECF Nos. 11 & 12.) Plaintiff appealed, and the Sixth Circuit partially affirmed but vacated and remanded specific claims against Defendants Donald Willie and Lynette Williams. *See Jones v. Willie*, No. 15-5658 (6th Cir. Jan. 28, 2016), *cert. denied*, 136 S. Ct. 2383 (2016). Following issuance of the mandate, this Court re-opened the case and directed that process be issued and served. (ECF No. 20.) However, the summonses were returned unexecuted on April 6, 2016, noting that the Defendants no longer worked at the West Tennessee State Penitentiary. (ECF No. 23.)

On August 1, 2016, Plaintiff filed a motion asking for a pre-trial conference and that a scheduling order be entered. (ECF No. 25.) That motion is DENIED, as the Defendants have not been served with process.

On March 24, 2017, Plaintiff filed a Memorandum in which he asks that he be sent the appropriate summonses for service on the Defendants. (ECF No. 26.) However, Plaintiff is hereby ORDERED to provide, within 30 days after the date of this order, any additional information he may have regarding the current addresses or places of employment of the Defendants. Failure to do so may result in the dismissal of this case without further notice. IT IS SO ORDERED.

                                                s/ **James D. Todd**
                                                JAMES D. TODD
                                                UNITED STATES DISTRICT JUDGE